| UNITED STATES BANKRUPTCY COURT |
| District of New Jersey |
| Caption in Compliance with D.N.J. LBR 9004-1(b) |
| Albert Russo<br>CN 4853<br>Trenton, NJ 08650<br>(609) 587-6888<br>Standing Chapter 13 Trustee |

Order Filed on February 14, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In re:

Jerome Beckworth

Case No.: 16-31742 / KCF

Hearing Date: February 8, 2017

Judge: Kathryn C. Ferguson

## ORDER OF DISMISSAL

The relief set forth on the following page is **ORDERED**.

**DATED: February 14, 2017**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

THIS MATTER having come before the court for a hearing on confirmation of the debtor(s) Chapter 13 Plan or Modified Chapter 13 Plan and for good cause shown it is

**ORDERED** that the the above captioned case is hereby dismissed for the following reason(s):

- failure to attend the Section 341(a) meeting
- failure to file required schedules, statements, plan and/or summary
- failure to file a feasible plan, income and/or budget statement
- failure to make all required pre-confirmation payments to the Trustee
- lack of prosecution
- failure to attend Confirmation Hearing
- failure to resolve Trustee and/or creditor objection

**IT IS FURTHER ORDERED** that any Order to Employer to Pay to the Chapter 13 Trustee (wage order) that has been entered in this case is hereby terminated. The employer is authorized to cease wage withholding immediately. The debtor or debtor(s) counsel is hereby authorized to serve this Order upon the appropriate parties.

United States Bankruptcy Court
District of New Jersey

In re:                                                                                          Case No. 16-31742-KCF
Jerome Beckworth                                                                                Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin                Page 1 of 1                    Date Rcvd: Feb 17, 2017
                              Form ID: pdf903            Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 19, 2017.
db             +Jerome Beckworth,    PO Box 342,   13 Gardengate Court,   Columbus, NJ 08022-1971
aty            +Simon Belli, II,    2115 Hamilton Ave,   Mercerville, NJ 08619-3600

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 19, 2017                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 17, 2017 at the address(es) listed below:
              Albert    Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              William M.E. Powers    on behalf of Creditor    U.S. Bank National Association, as Trustee for J.P.
               Morgan Mortgage Acquisition Trust 2006-WF1 ecf@powerskirn.com
              William M.E. Powers    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee
               for GSAA Home Equity Trust 2006-18 ecf@powerskirn.com
              William M.E. Powers, III    on behalf of Creditor    U.S. Bank National Association, as Trustee for
               J.P. Morgan Mortgage Acquisition Trust 2006-WF1 ecf@powerskirn.com
              William M.E. Powers, III    on behalf of Creditor    Deutsche Bank National Trust Company, as
               Trustee for GSAA Home Equity Trust 2006-18 ecf@powerskirn.com
                                                                                                 TOTAL: 6